UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLGA C., <br>           Plaintiff, <br>    v. <br> COUNTY OF SANTA CLARA, et al., <br>           Defendants. | Case No.  5:15-cv-01691-EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 25 |

Having reviewed the parties' Joint Case Management Conference Statement filed on July 23, 2015 (Docket Item No. 25), the court has determined that a Case Management Conference is premature at this time.

Accordingly, the Case Management Conference scheduled for July 30, 2015 is CONTINUED to **10:00 a.m. on October 29, 2015**.  The parties shall file an updated Joint Case Management Conference on or before **October 22, 2015**.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-01691-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE